PROB 12A
4/01

# UNITED STATES DISTRICT COURT
### for the
### Middle District of North Carolina

### Report of Offender Under Supervision

**Name of Offender:**   DAVID WESLEY CARTER          **Case Number:**  6:01-CR-79-ORL-31DAB
                                                                    (MD/FL)
                                                                    1:09CR178-1 (MD/NC)

**Name of Sentencing Judicial Officer:**   The Honorable Gregory A. Presnell

**Date of Original Sentence:**   October 17, 2001

**Original Offense:**   Count 1: Coercion and Enticing a Minor to Engage in Unlawful Sexual Activity in violation of 18 U.S.C. § 2422.
Count 2: Travel in Interstate Commerce With Intent to Engage in a Sexual Act with a Juvenile in violation of 18 U.S.C. § 2423.

**Original Sentence:**   30 months imprisonment on Counts One and Two, to run concurrent, 3 years supervised release on Counts One and Two, to run concurrent.

May 15, 2009: Jurisdiction was transferred from the Middle District of Florida by the Honorable Gregory A. Presnell to the Middle District of North Carolina, accepted by the Honorable James A. Beaty, Jr.

August 24, 2010: Modification for Electronic Monitoring was filed.

**Type of Supervision:** Supervised Release      **Date Supervision Commenced:** August 19, 2008
                                                 **Date Supervision Expires:** August 18, 2011

**Assistant U.S. Attorney:** Scott J. Stein              **Defense Attorney:** Clarence William Counts, Jr.

---

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| CONDITION VIOLATED | NATURE OF NONCOMPLIANCE |
|---|---|
| The defendant shall perform 100 hours of community service as a condition of supervision in lieu of paying a fine. | Due to the nature of Mr. Carter's instant offense, he is not considered an appropriate candidate for placement at available community service work agencies. |

U. S. Probation Officer Action:

David Wesley Carter resides with his mother, Ms. Linda Carter in Eden, North Carolina. He is employed by Everlasting Monuments of Greensboro, NC, as an installer. Mr. Carter's primary employment responsibility is installing memorials in local cemeteries. He receives positive work reports from the owner of Everlasting Monuments, Mr. Mark Kessinger. Mr. Carter also attends sex offender treatment once per week at the Cornwell Center for Behavioral Health in Greensboro, NC.

Mr. Carter's adjustment for the majority of his supervision has been good, however, on June 29, 2010, Mr. Carter left his residence and traveled to Anderson, Indiana, without the permission of the probation officer. Mr. Carter admitted this to the probation officer and advised that he had traveled in an attempt to reconcile a relationship between he and his girlfriend who was living in Anderson, Indiana. Mr. Carter was placed on electronic monitoring for the remainder of his supervision due to this violation. There have been no further violations of his conditions of supervision, including electronic monitoring, since that time.

Mr. Carter's original conditions of supervision from the Middle District of Florida included a condition to perform 100 hours of community service. Mr. Carter is more than willing to perform the community service, however, due to the nature of his offense an appropriate community service site could not be secured. On March 29, 2011, contact was made with Mr. Robert Bodnar, Assistant U.S. Attorney in the Middle District of Florida with regard to this condition. Assistant U.S. Attorney Bodnar advised that his office had no objection to waiving this condition of supervision. It is therefore the recommendation of the probation officer that Mr. Carter be continued on supervision at this time under same conditions, less the 100 hour community service obligation.

Respectfully submitted.

Edward R Cameron
U.S. Probation Officer

Approved by:

Dale R. Cauble
Supervisory U.S. Probation Officer

_4.6.2011_
Date

---

[ ✓ ]  The Court Adopts the Recommendation(s) of the Probation Officer
[   ]  Submit a Request for Modifying the Conditions or Term of Supervision
[   ]  Submit a Request for Warrant or Summons
[   ]  Other

Signature of Judicial Officer

_4/12/2011_
Date